# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| B&D Consulting, Inc. | ) ASBCA No. 61508 |
| | ) |
| Under Contract No. HC1028-16-F-0072 | ) |

APPEARANCE FOR THE APPELLANT:  G. Matthew Koehl, Esq.
    Womble Bond Dickinson (US) LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:  William E. Brazis, Jr., Esq.
    DISA General Counsel
    Colleen M. Eagan, Esq.
    Anthony J. Balestreri, Esq.
    Trial Attorneys
    Defense Information Systems Agency
    Scott Air Force Base, IL

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: July 11, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61508, Appeal of B&D Consulting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals